**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ERIC CRODDY *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 00-651 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiffs' motion for summary judgment is **DENIED;** and it is

**FURTHER ORDERED** that defendants' motion to dismiss in part and for summary judgment is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED WITH PREJUDICE;** and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiffs.

**SO ORDERED.**

**Signed by:    EMMET G. SULLIVAN**
**              UNITED STATES DISTRICT JUDGE**
**              September 29, 2006**

1